**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NATHAN SILVA, Derivatively on Behalf of Nominal Defendant DANAHER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RAINER M. BLAIR, FEROZ DEWAN, LINDA H. FILLER, TERI LIST, WALTER G. LOHR, JR., JESSICA L. MEGA, MITCHELL P. RALES, STEVEN M. RALES, PARDIS C. SABETI, A. SHANE SANDERS, JOHN T. SCHWIETERS, ALAN G. SPOON, RAYMOND C. STEVENS, ELIAS A. ZERHOUNI, MATTHEW R. MCGREW, and EMMANUEL LIGNER<br><br>Defendants,<br><br>and<br><br>DANAHER CORPORATION,<br><br>Nominal Defendant. | **C.A. No.:** 1:24-cv-00091-GBW |
| STUART DROPKIN, Derivatively on Behalf of DANAHER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RAINER M. BLAIR, MATT MCGREW, EMMANUEL LIGNER, FEROZ DEWAN, LINDA HEFNER FILLER, TERI LIST, WALTER G. LOHR, JR., JESSICA L. MEGA, MITCHELL P. RALES, STEVEN M. RALES, PARDIS C. SABETI, A. SHANE SANDERS, JOHN T. SCHWIETERS, ALAN G. SPOON, RAYMOND C. STEVENS, and ELIAS A. ZERHOUNI,<br><br>Defendants, | **C.A. No.:** 1:24-CV-00238-GBW |

and

DANAHER CORPORATION,

Nominal Defendant.

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS**

WHEREAS, on January 24, 2024, plaintiff Nathan Silva (together with Stuart Dropkin, "Plaintiffs") filed a shareholder derivative action on behalf of nominal defendant Danaher Corporation ("Danaher" or the "Company") alleging causes of action for violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duty, *Brophy* breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets against defendants Rainer M. Blair, Feroz Dewan, Linda H. Filler, Teri List, Walter G. Lohr, Jr., Jessica L. Mega, Mitchell P. Rales, Steven M. Rales, Pardis C. Sabeti, A. Shane Sanders, John T. Schwieters, Alan G. Spoon, Raymond C. Stevens, Elias A. Zerhouni, Matthew R. McGrew, and Emmanuel Ligner (collectively, the "Individual Defendants," and together with the Company, "Defendants," and together with Plaintiffs, the "Parties"), captioned *Silva v. Blair et al.*, 1:24-cv-00091-GBW (the "*Silva* Action");

WHEREAS, on February 22, 2024, Plaintiff Stuart Dropkin filed a shareholder derivative action on behalf of nominal defendant Danaher in this Court alleging causes of action for violations of Section 14(a), 10(b), and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder, for contribution under Sections 10(b) and 21D of the Exchange Act, and for breach of fiduciary duty, unjust enrichment, waste of corporate assets, abuse of control, and gross mismanagement against the Individual Defendants, captioned *Dropkin v. Blair et al.,* 1:24-cv-00238-UNA (the "*Dropkin* Action").

WHEREAS, the complaint in the *Dropkin* Action concerns substantially similar subject matter as the complaint in the *Silva* Action (the *Silva* Action, together with the *Dropkin* Action, the "Related Derivative Actions");

WHEREAS, under Fed. R. Civ. P. 42(a), the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay[]" when actions involve "a common question of law or fact";

WHEREAS, the Related Derivative Actions challenge substantially the same alleged conduct by the same Company directors and officers and involve substantially similar questions of law and fact;

WHEREAS, the Parties, therefore, respectfully submit that consolidation of the Related Derivative Actions is appropriate, and that they should be consolidated for all purposes, including pre-trial proceedings and any trial, to avoid potentially duplicative actions, to prevent any waste of the Court's and the Parties' resources;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Rigrodsky Law, P.A., the resumes of which are attached hereto as Exhibits A and B, respectively, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated derivative action;

WHEREAS, Defendants take no position regarding appointment of Co-Lead Counsel for plaintiffs;

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to consolidate the Related Derivative Actions and appoint Co-Lead Counsel for Plaintiffs pursuant to the following terms:

1. The undersigned counsel for Defendants agree to accept service of the complaints

in each of the Related Derivative Actions on behalf of Defendants, to the extent that service of such complaints has not already been agreed or effected.

2. The Parties shall have 60 days upon acceptance of this Order to submit a proposed schedule, and Defendants are not required to respond to any complaint in the Related Derivative Actions until the date set by the Court following the parties' submission of a proposed briefing schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 1:24-CV-00091-GBW (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Silva v. Blair, et al.* | 1:24-CV-00091-GBW | January 24, 2024 |
| *Dropkin v. Blair, et al.* | 1:24-CV-00238-GBW | February 22, 2024 |

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE DANAHER CORPORATION DERIVATIVE LITIGATION | C.A. No. 1:24-CV-00091-GBW<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Action will be maintained in one file under C.A. No. 1:24-CV-00091-GBW.

6. Co-Lead Counsel for Plaintiffs in the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Gina M. Serra
Herbert W. Mondros
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
E-mail: sdr@rl-legal.com
gms@rl-lega.com
hwm@rl-legal.com

7. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in the Consolidated Action in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities on behalf of plaintiffs in the Consolidated Action. No motion, request for discovery, or other pre-trial proceedings will be initiated or filed by any plaintiffs in the Consolidated Action except through Co-Lead Counsel.

9. Counsel for all of the Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Action.

10. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or

substantially similar, transactions or events as in the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court ("Potential Subsequent Related Derivative Actions"). When a shareholder derivative action that properly belongs as part of *In re Danaher Corporation Derivative Litigation*, C.A. No. 1:24-CV-00091-GBW, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Danaher Corporation Derivative Litigation*, C.A. No. 1:24-CV-00091-GBW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another Court, and all Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court shall be consolidated into the Consolidated Action.

11. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action.

12. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

DATED: March 14, 2024

Respectfully submitted,

**RIGRODSKY LAW, P.A.**
*/s/ Seth D. Rigrodsky*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*[Proposed] Co-Lead Counsel for Plaintiffs, and Counsel for Plaintiff Nathan Silva*

*Of Counsel:*

**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
One Libert Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

*Of Counsel for Plaintiff Nathan Silva*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*[Proposed] Co-Lead Counsel for Plaintiffs, and Of Counsel for Plaintiff Stuart Dropkin*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484

Facsimile: (212) 697-7296
Email: peretz@bgandg.com
Email: eitank@bgandg.com

*Of Counsel for Plaintiff Stuart Dropkin*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
*/s/ Kevin M. Coen*
Kevin M. Coen
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899
Telephone: (302) 351-9301
Facsimile: (302) 658-3989
Email: kcoen@morrisnichols.com

*Counsel for Defendants and Nominal Defendant Danaher Corp.*

*Of Counsel for Defendants and Nominal Defendant, Danaher Corp.:*

**GIBSON, DUNN & CRUTCHER LLP**
F. Joseph Warin
George Hazel
Jason Mendro
Lissa M. Percopo
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955.8500
Facsimile: (202) 467.0539
Email: FJW@gibsondunn.com
Email: JMendro@gibsondunn.com
Email: LPercopo@gibsondunn.com

Brian M. Lutz
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: BLutz@gibsondunn.com

SO ORDERED this ___ day of ____________ 2024

_________________________

HON. Gregory B. Williams