Case 1:24-cv-00091-GBW Document 6 Filed 11/07/25 Page 1 of 1 PageID #: 110

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE DANAHER CORPORATION DERIVATIVE LITIGATION | Case No. 1:24-CV-00091-GBW<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Nathan Silva and Stuart Dropkin hereby voluntarily dismiss the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 7, 2025

**RIGRODSKY LAW, P.A.**

*/s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
gms@rl-legal.com

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Nathan Silva*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**SO ORDERED, this** 10th **day of** November, **20**25

[signature]
UNITED STATES DISTRICT JUDGE